PROB 35 (Rev. 1/92) — Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 AUG -3 PM 1: 10

OFFICE OF THE CLERK

**United States District Court**

**FOR THE**

**District of Nebraska**

UNITED STATES OF AMERICA

v.                                  Docket No.   8:02CR33

Virginia Janis

On September 28, 2001, the above named was placed on Supervised Release for a period of 3 years. On September 17, 2004, the Court extended supervision an additional 12 months with supervision to expire on September 27, 2005. The Supervised Releasee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the Supervised Releasee be discharged from supervision.

Respectfully submitted,

Douglas D. Steensma
U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __2__ day of __August__, 20___.

The Honorable Joseph F. Bataillon
Chief United States District Judge